FILED
HARRISBURG, PA
APR 15 2025
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANTONIO CRUZ | : | CIVIL ACTION |
| v. | : | No. |
| ULLI KLEMM; | : | |
| DR. LAUREL R. HARRY | : | Jury Trial Demanded |

CIVIL RIGHTS COMPLAINT (§1983)

COMES NOW, Plaintiff, JOHN ANTONIO CRUZ, pro se, who represents the following civil-rights complaint and claim for Punitive, Declaratory, and Injunctive relief as follows:

## I. INTRODUCTION

1.  This is a civil action seeking damages against defendants for committing acts under color of Law, and depriving Plaintiff of rights secured by the Constitution and Laws of the United States. Defendants while acting in capacities as state officials in the Pennsylvania Department of Corrections ("PADOC"), in the State Correctional Institution ("SCI"), and specifically at SCI Benner Township, in the City of Bellefonte, in the County of Centre, and in the State of Pennsylvania, and further at the Secretary's Office, of the PADOC, in the City of Mechanicsburg, in the County of Dauphin, in the State of Pennsylvania, when Defendant ULLI KLEMM, ("Klemm"), and Dr. LAUREL R. HARRY, ("Dr. Harry"), denied the Plaintiff of his Right to the Free Exercise of his Religion without the due process of the Law under the First and Fourteenth Amendments and have intentionally, or with Reckless, or with Deliberate Indifference and callous disregard of the Plaintiff's rights deprived the Plaintiff of these rights and are continually placing substantial burdens upon his religious exercise under 28 U.S.C §§ 2000cc-1(a), and 2000cc-5(7)(A). The Court has jurisdiction of this action under 42 U.S.C.§ 1983, and under 28 U.S.C.§1343.

2.  The jurisdiction of this Court is further

1

invoked pursuant to 28 U.S.C.§1331.

3. Plaintiff JOHN ANTONIO CRUZ ("Plaintiff"), is a citizen and resident of the State of Pennsylvania, and a citizen of the United States, and is currently serving a criminal sentence in the custody and care of the PADOC. At all times rellevant to this action Plaintiff was housed at SCI Benner Township, 301 Institution Drive, Bellefonte, PA 16823, where he currently rersides.

4. Defendants ULLI KLEMM ("Klemm"), who is the Religious Service Administrator for the PADOC, charged with the responsibility to oversee the policy decisions concerning the religious services, including the religious meals and the barring of the foods necessary for ceremonial and ritual observances of the Hebrew people; and Dr. LAUREL R. HARRY ("Dr. Harry"), the Secretary of Corrections, who is charged with the final word in the policy making process, and who approved the policy concerning the religious food items necessary for the ceremonial and ritual observance of the Plaintiff's Hebrew religion. These defendants were at all times material to this complaint, duly appointed officers of the PADOC, and acted toward the Plaintiff under color of the statutes, ordinances, customs, and usage of the State of Pennsylvania PADOC.

5. Plaintiff sues all defendants in their official and individual capacities, jointly and severally, for those acts and omissions described fully below.

6. Plaintiff has an open civil action at Cruz v. Auker No. 1:21-cv-655.

7. Plaintiff has not previously litigated any of the issues in this complaint.

2

## COUNT 1

1-7     Plaintiff alleges and realleges paragraphs 1 through 7 as paragraphs 1 through 7 of this Count with the same force and effect as if fully set forth herein.

8.     On July 19, 2016, Plaintiff was committed to the custody and care of the PADOC for a term of not less than thirteen and one half (13 1/2) to twenty (27) years.

9.     On July 29, 2016, Plaintiff was transfered to SCI Graterford for processing and at that time he notified the proper authorities that he was of the Hebrew race and religion. Since that time he has been at SCI Camphill, SCI Fayette[1] and is currently housed at SCI Benner Township and remains a part of the Hebrew community. The Plaintiff is on the so-called Kosher diet and has picked up the command of The One True GOD YHWH Tzba'oth Shmo, through His Servant Child Yeshua HaMashiach.

10.     The Plaintiff was scheduled to observe Passover and the Feast of Unleavened Bread ("Passover23")[1] on April 6, 2023[1] until April 13, 2023.

11.     On April 2, 2023, Plaintiff met with the FCDP Chaplain Hansard who instructed him that no foods for the ceremonial meal would be permitted to be purchased from an outside vender and that only food from the institutional menu would be provided per policy. These food items on the institutional menu are not Kosher for Passover and would, therefore, violate the mandates and prohibitions of the religious holiday/week. Plaintiff then sent a DC 135 Request Slip to this Chaplain and requested at least that the foods that be provided for the ceremonial meal be foods that are on the Kosher Special Diet and he responded that the only items approved would be the

3

eggs.

12.     On April 13, 2023, Plaintiff met with the Religious Services Administrator, Defendant Klemm, with other members of the other religious groups concerning the policy changes of the meals of ceremonial and ritual observances.

13.     During this April 13, 2023, meeting Klemm admitted to the Plaintiff in front of all who were present that he knew the Hebrew Faith mandated and prohibitted specific foods on specific days of the Hebrew calendar and irregardless of that acknowledgment Klemm stated that he will not permit those of the Jewish religious group to acquire those mandated items and his reasoning was that if he permitted the Jews to acquire those mandated items he will have too permit all the other groups who do not have food mandates or it would not be fair to them. When asked concerning the mandates and the proihibitions he responded that his lawyers are better than the Plaintiff's to sue him and he would just beat Plaintiff in court.

14.     Since this time there have been multiple changes in policy concerning the religious meals and none of these policies accurately reflect the mandates and prohibitions of the ceremonial and ritual requirements of the Jewish religion.

15.     Plaintiff has exhausted all available remedies prior to filing this complaint.

16.     Defendant Klemm was fully aware of the Plaintiff's religious rights and acted intentionally, or with reckless, or deliberate indifference and callous disregard of the Plaintiff's rights and are continually placing substantial burdens upon his religious exercise under 28 U.S.C.§§ 2000cc-1(a), and 2000cc-5(7)(A), and his First and Fourteenth Amendment rights.

4

WHEREFORE, Plaintiff requests this Court to enter an Order:

17. Issuing Injuctive Relief enjoining defendants from effectuating any policy barring access to foods required for the six (6):

1) Shabbath (the seventh day)

2) Pesach (Passover/Feast of Unleavened Bread)

3) Shabu'oth (The Feast of Weeks)

4) Yom Te'urah (Day of Judgment/ Rosh Hashannah)

5) Evening after Yom Kippur (Day of Atonement)

6) Sukkoth (Feast of Tabernacles)(1st & 7th days)

religious holidays/weeks and to Order the defendants to effectuate the proposed Menu set forth herein until such time as the Court enters final judgment on the claims and pleadings of the parties to this litigation.

18. Awarding Plaintiff punitive damages for defendant Klemm's intentionally/ or with reckless/ or deliberate indifference and callous disregard of the Plaintiff's First and Fourteenth Amendment rights in an amount yet to be deduced/ but in no event in an amount less than 20,000; and

19. Issuing declaratory relief, declaring the rights of the Hebrew people with respect to the religious observation concerning the meals.

20. Any other relief this Court may deem Just and propper.

21. Trial by Jury is hereby demanded on all claims alleged herin/ and the parties are hereby given notice pursuant to Fed. R. Civ. 38(a)-(c).

Dated: April 8, 2025

Respectfully submitted,

JOHN ANTONIO CRUZ
MQ0839
SCI BEN TWP.
301 Institution Drive
Bellefonte, PA 16823

5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANTONIO CRUZ | : | CIVIL ACTION |
| v. | : | NO. |
| ULLI KLEMM; | : | |
| Dr. LAUREL R. HARRY | : | |

## VERIFICATION

VERIFICATION pursuant to 28 U.S.C. 1746 "I" JOHN ANTONIO CRUZ, declare and verify, under penalty of penalty of perjury under the Laws of the United States of America, that I have read the foregoing and it is True and correct to the best of my knowledge and belief.

Dated: April 8, 2025

JOHN ANTONIO CRUZ
MO0839
SCI Benner Township
301 Institution Drive
Bellefonte, Pa 16823

John Antonio Cruz
NQ 0839
SCI BEN TWP
301 Institution Drive
Bellefonte, PA 16823

April 8, 2025

OFFICE OF THE CLERK
1501 No 6th St. Suite 101
Harrisburg, PA 17102

RE: §1983 Complaint Cruz v. Ulli Klemm et al., to be filed.

Dear Clerk,

Please find a Complaint to be filed with this Court. Please be advised that an Application to proceed in forma Pauperis has been sent to the proper authorities who will mail out that document as it is completed for this Court.

Thank you kindly for your time and patience.

Sincerely
[signature]

John Antonio Cruz
MQ 0839
SCI BEN TWP
301 Institution Drive
Bellefonte PA 16823

RECEIVED
HARRISBURG, PA
APR 15 2025
PER _____ /s/ _____
DEPUTY CLERK

INMATE MAIL
PA DPT OF
CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 16823  $ 001.25⁰
02 4W
0000376203 APR 09 2025

Office of The Clerk
United States District Court
Sylvia H. Rambo United States Court House
1501 North 6th St., Suite 101
Harrisburg, PA 17102